AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN RANDALL FUTCH
        Plaintiff

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER:   CV407-057

DRUG ENFORCEMENT AGENCY, and
UNITED STATES OF AMERICA
        Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of June 4, 2007, Judgment is entered VACATING the Order of the U.S. Magistrate Judge dated May 18, 2007 and DISMISSING THIS CASE WITH PREJUDICE.  This action stands closed.

| | |
|---|---|
| June 4, 2007 | Scott L. Poff |
| Date | Clerk |
| | *Mary Anne Hill* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03